IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01449-RPM-MEH

VIDEO PROFESSOR, INC., a Colorado corporation,

      Plaintiff,

v.

BRAINSTORM, INC., a Utah corporation,

      Defendant.

---

## ORDER OF DISMISSAL

---

      Upon consideration of the Stipulation for Dismissal With Prejudice [7], filed on December 5, 2008, it is.

      ORDERED that this case be dismissed with prejudice with each party to pay their own costs and fees.

      DATED this 8th day of December, 2008.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior Judge